**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:20-CR-52-JTM-JEM |
| | ) | |
| JASON DOLAN, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS**
**OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:    THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On December 15, 2022, the United States Government appeared by counsel Assistant United States Attorney Thomas M. McGrath, and Defendant Jason Dolan appeared in person and by counsel Roxanne Mendez-Johnson and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On June 5, 2020, Defendant Dolan's case was transferred to this district from the Western District of Arkansas for him to serve five years of supervised release subject to specified written terms and conditions.

On July 1, 2020, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 6], and an arrest warrant was issued. On December 8, 2022, an Initial Appearance was held.

1

On December 14, 2022, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the December 15, 2022, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1.      Defendant Dolan has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2.      Defendant Dolan understands the proceedings, allegations and his rights;

3.      Defendant Dolan knowingly and voluntarily admitted that he committed anther federal, state, or local crime; in particular, the offense of failure to register as a sex or violent offender with a prior knowledge and failure to register in Porter County Superior Court Criminal Division [DE 23];

4.      The violation is a Grade B violation, Defendant's criminal history category is III, and the suggested penalty range is 8-14 months incarceration, with a statutory maximum of 24 months; and

5.      Defendant Dolan's state sentence is currently being served.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1.      Defendant Dolan be adjudged to have committed a violation of his supervised release described in the July 1, 2020 Petition [DE 6];

2.      The Agreed Disposition of Supervised Release Violation [DE 23] be accepted; and

3.      Defendant Dolan be sentenced to a term of 8 months of incarceration, consecutive

to his state sentences currently being served, and with no further term of supervised

release to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 15th day of December, 2022.

s/ John E. Martin_____
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record
        District Judge James Moody