UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 52 |
| | ) | |
| JASON DOLAN | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of his supervised release described in the December 12, 2022, Summary Report of Violations. (DE # 22.) The supervised release of defendant is **REVOKED**. Defendant is **ORDERED** committed to the United States Bureau of Prisons to serve eight (8) months of incarceration therein with no supervision to follow. This term of imprisonment should be run consecutive to defendant's state sentence currently being served in connection with Porter County Indiana Superior Court case number 64D05-2009-F5-007032.

**SO ORDERED.**

Date: December 15, 2022

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT